STEVEN BANKS
*Corporation Counsel of the City of New York*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MATTHEW REPHEN**
Assistant Corporation Counsel
Commercial and Real Estate Litigation Division
Tel. (212) 356-2534
E-mail: mrephen@law.nyc.gov

August 4, 2026

**Via ECF**
Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED.**

**Re: *Marisol Brady v. New York City Health and Hospitals Corporation*, Case No. 1:26-cv-04265-DEH-OTW**

Dear Magistrate Judge Wang:

We represent Defendant New York City Health and Hospitals Corporation ("H+H") in the referenced putative class action. Plaintiff brings this matter pursuant to Fed. R. Civ. P. 23 on behalf of patients and employees whose personal data may have been exposed in an unauthorized intrusion to certain H+H systems on its computer network.

The parties jointly request that the initial conference scheduled for August 12, 2026 be adjourned until after H+H files its response to the Complaint, which is due September 15, 2026. As set forth in H+H's letter, dated June 15, 2026, Dkt No. 10, H+H is awaiting the results of an investigation which will determine, among other things, the applicability of the Class Action Fairness Act, which requires that the Court decline to exercise jurisdiction if two-thirds or more of the members of Plaintiff's proposed class are citizens of New York, the state in which the action was filed and of which H+H, as a New York State public benefit corporation, is a citizen. *See* 28 U.S.C. § 1332 (d)(4)(B). We have agreed to share information about the state of residency of individuals whose data may have been accessed without authorization with counsel for Plaintiff so as to allow them to make an informed decision regarding whether continued prosecution of this matter in federal court is appropriate. As such, an adjournment of the initial conference will prevent the parties, and the Court, from potentially expending unnecessary resources, and all would benefit.

We thank the Court for its attention to this matter.

Application **GRANTED.**
The Initial Case Management Conference is adjourned to October 27, 2026 at 10 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Ona T. Wang August 6, 2026
U.S.M.J.

Respectfully submitted,

/s/Matthew Rephen__

Matthew Rephen
Assistant Corporation Counsel