**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARISOL BRADY, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,<br>Defendant. | **Case No.: 1:26-cv-04265-DEH-OTW** |
| WALY RODRIGUEZ, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>NEW YORK CITY HEALTH AND HOSPITALS CORPORATION d/b/a NYC HEALTH + HOSPITALS, and JOHN DOE THIRD-PARTY VENDOR,<br>Defendants. | **Case No.: 1:26-cv-06583-RA** |
| STEVEN ROSE, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>NEW YORK CITY HEALTH AND HOSPITALS, CORP.,<br>Defendant. | **Case No.: 1:26-cv-06819-UA** |
| APRIL BAKER and KENNY COBB, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>NEW YORK CITY HEALTH AND HOSPITALS, CORP.,<br>Defendant. | **Case No.: 1:26-cv-07249-UA** |

**ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING INTERIM CO-LEAD CLASS COUNSEL**

**ORDER**

Before the Court is Plaintiffs' Joint Motion to Consolidate Related Actions and Appoint Interim Co-Lead Class Counsel. Having considered the motion, supporting declaration, pleadings, and record, and good cause appearing, the Court ORDERS as follows:

1. The cases *Rodriguez v. New York City Health and Hospitals Corporation*, No. 1:26-cv-06583-RA, *Rose v. New York City Health and Hospitals Corporation*, No. 1:26-cv-06819-UA, *Brady v. New York City Health and Hospitals Corporation*, No. 1:26-cv-04265-DEH-OTW, and 1:26-cv-07249-UA, *Baker v. New York City Health and Hospitals Corp.* (collectively the "Related Cases") are consolidated pursuant to Fed. R. Civ. P. 42(a);

2. Consolidation of the Related Cases is appropriate because each of the actions arise from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

3. The Related Cases are consolidated under the caption *In re NYC Health + Hospitals Data Breach Litigation*, No. 1:26-cv-04265-DEH-OTW. All future filings concerning common issues shall be filed only on the *Brady* docket and shall bear the consolidated caption, presently before this Court and filed in this District; and any future related actions arising from the same data breach as the Related Cases which may be filed in, removed to, or transferred to this Court shall be consolidated into this same action;

4. Pursuant to Federal Rule of Civil Procedure 23(g), Gerald D. Wells, III of Lynch Carpenter, LLP; Ashley M. Crooks of Hausfeld LLP; and Thiago M. Coelho of Wilshire Law Firm, PLC are hereby appointed Interim Co-Lead Class Counsel for Plaintiffs;

5. All deadlines in the Related Cases are vacated;

6. Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days

7. Defendant shall file an answer or respond to the Consolidated Class Action Complaint within forty-five (45) days of service thereof.

**SO ORDERED.**

Dated: September 14, 2026

**Ona T. Wang**
United States Magistrate Judge